JUDGE SCHEINDLIN

10 CIV 02652-SAS / ECF CASE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————— X

SANFORD A. HABER, NEIL J. GREENSPAN,
JOSEPH L. ARENA, and KURT A. LOCHER,

               PETITIONERS

      v.

GSI COMMERCE SOLUTIONS, INC.,

               RESPONDENT.

————————————————————————— X

**10 CIV 2652**

**DECLARATION OF**
**KATHERINE McGRAIL**

RECEIVED
MAR 24 2010
U.S.D.C. S.D. N.Y.
CASHIERS

Katherine McGrail, Esq., hereby declares under penalty of perjury:

1.    I am an associate of the law firm Krebsbach & Snyder, P.C., attorneys for Petitioners Sanford A. Haber, Neil J. Greenspan, Joseph L. Arena, and Kurt A. Locher ("Petitioners") in this matter. I submit this declaration in support of Petitioners' petition to confirm an arbitration award.

2.    Attached hereto as Exhibit A is a true and correct copy of the Statement of Claim, without exhibits, of Respondent GSI Commerce Solutions, Inc. ("GSI") filed before the Financial Industry Regulatory Authority ("FINRA") commencing the arbitration entitled *GSI Commerce Solutions, Inc. v. Lehman Brothers Inc., Sanford A. Haber, Neil J. Greenspan, Jeffrey L. Chernick, Joseph L. Arena and Kurt A. Locher,* Case No. 08-02857 (the "Arbitration").

3.    Attached hereto as Exhibit B is a true and correct copy of Lehman Brothers Inc.'s Securities Account Limited Discretionary Authorization signed on behalf of Respondent GSI on or about September 16, 2003.

4.    Attached hereto as Exhibit C is a true and correct copy of the joint Statement of Answer filed in the Arbitration by Petitioners, without exhibits.

5.    Attached hereto as Exhibit D is a true and correct copy of the arbitrators' award in the Arbitration, issued on December 28, 2009.

6.    Attached hereto as Exhibit E is a true and correct copy of FINRA's waiver letter dated February 19, 2010.

Dated: New York, New York
       March 24, 2010

Katherine McGrail